UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DONALD MOORE,

       Petitioner,                          Case No.  1:13-CV-111

v.                                          HON. GORDON J. QUIST

CARMEN PALMER,

       Respondent.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the magistrate judge on November 12, 2013, which was served on Petitioner that same day.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed November 12, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.


Dated:  December 6, 2013                                    /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE